May Term,<br>1834.<br><br>TYLER<br>v.<br>DENSON.

---

### TYLER and Others *v.* DENSON, in Error.

IF in the Circuit Court, on an appeal from the judgment of a justice, the defendant file additional pleas without objection, the plaintiff cannot assign the filing of those pleas for error (1).

Under the statute of 1824, if money was lent at a higher rate of interest than 6 *per cent. per annum,* no interest at all could be recovered; and if, in such case, the usurious interest or a part of it had been paid, such payment was deducted from the principal, and the lender recovered the balance, without any calculation of interest (2).

*Tuesday,*<br>*May 27.*

(1) Vide Stat. 1833, p. 112.—Stat. 1836, p. 62.—Note (2) to *Nelson* v. *Zink,* ante, p. 101.—*Bastion* v. *Dalrymple,* this term, post.

(2) For the present law respecting the legal rate of interest, and the penalty for receiving more than the law allows, vide Stat. 1833, p. 43.—Note (1) to *Harvey* v. *Crawford,* Vol. 2, of these Rep. 43.